IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AARON HOUSTON,** : | |
| Plaintiff, : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | **NO. 13-4442** |
| **THE CITY OF PHILADELPHIA, et al.,** : | |
| Defendants. : | |

# ORDER

**AND NOW**, this 20th day of July 2015, upon consideration of Defendant's Motion for Summary Judgment [Doc. No. 43], all briefing in response to the motions and the entire record in this case, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. Defendants' motion is **GRANTED** and summary judgment is **ENTERED** in favor of Defendants and against Plaintiff on all federal claims;

2. All state-law claims are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1367; and

3. Plaintiff's Motion to Compel Discovery Documents [Doc. No. 52] is **DISMISSED** as untimely.

The Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**